IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON ANTHONY FLEMONS                                              PETITIONER

VS.                            5:16-CV-365-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                  RESPONDENT

## ORDER

I have carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Flemons's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

When entering a final order adverse to a habeas corpus petitioner, I must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Petitioner Aaron Anthony Flemons's petition for writ of habeas corpus and amended petition for writ of habeas corpus (Doc. Nos. 2, 21) are DENIED and DISMISSED with prejudice.

IT IS SO ORDERED this 1st day of February, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE