# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

AARON ANTHONY FLEMONS                                                      PETITIONER

VS.                             5:16-CV-365-BRW-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of February, 2018.


                                        /s/ Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE